UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDDIE L. CHEDVILLE | CIVIL ACTION |
| VERSUS | NO. 10-47 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | HON. JAY C. ZAINEY<br>MAG. JUDGE WILKINSON |

## **ORDER**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date defendant has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that this action is REMANDED to the Commissioner for further proceedings consistent with the court's opinion.

February 1, 2011

_____
UNITED STATES DISTRICT JUDGE